GENE SARAZEN, Respondent, v. LIBERTY WEEKLY, INCORPORATED, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

THOMAS SHEA, Respondent, v. MICHAEL SHEA, CATHERINE SHEA and JAMES SHEA, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

GEORGE W. SHEARER and Another, Appellants, v. WALLKILL COUNCIL No. 92, JR. O. U. A. M., INC., and Others, Respondents.— Motion to dispense with printing exhibits granted. The original exhibits may be handed to the court upon the argument. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

SIDFORD & GREENE, INC., Appellant, v. WEHMEYER COAL COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

COURTLAND SMITH, Appellant, v. MOSES L. ANNENBERG and Others, Respondents.— Motion for stay of examination before trial granted, there appearing to be no opposition to the motion. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

GEORGE ALBERT SUMNER and Others, Appellants, v. MAUDTHILDE WILLIS SUMNER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

MARIE VARECKA, as Administratrix, etc., of JOHN VARECKA, Deceased, Respondent, v. JOHN T. STANLEY Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

CLINTON H. WALKER, Respondent, v. CARL O. CARLSON, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

ZIBELLI BROS., INC., Respondent, v. EUGENE O. KELLER, as Trustee, etc., and Others, Appellants.— Motion to dismiss appeal denied for failure to comply with rule 12.* Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

CHARLES GOLDENBERG, Appellant, v. JOHN DOSCHER and HENRY DOSCHER, as Sole Surviving Executors, etc., of CLAUS DOSCHER, Deceased, Respondents.— Judgment reversed upon the law and the facts, with costs to appellant, and judgment directed in appellant's favor for the relief demanded, with costs, upon authority of *Warner* v. *Doscher* (213 App. Div. 117; affd., 241 N. Y. 605). Findings of fact proposed by plaintiff numbered II, VI, VIII, IX, X, XI, XII and XIII, and conclusions of law proposed by plaintiff numbered I and II, are found. Findings of fact and conclusions of law as made at the Special Term, and which are inconsistent herewith, are reversed. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur. Settle order on notice.